ACCEPTED
12-15-00178-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/16/2015 10:03:17 AM
Pam Estes
CLERK

## CAUSE NO. 12-15-00178-CR

IN THE COURT OF APPEALS
FOR THE TWELFTH JUDICIAL DISTRICT
AT TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/16/2015 10:03:17 AM
PAM ESTES
Clerk

MICHAEL SUCRE,
Appellant

V.

STATE OF TEXAS,
Appellee

ON APPEAL FROM CAUSE NO. 2012-0525
IN THE 159TH JUDICIAL DISTRICT COURT OF
ANEGLINA COUNTY, TEXAS

## STATE'S RESPONSE TO ANDERS
## BRIEF FOR APPELLANT

TO THE HONORABLE JUSTICES OF THIS COURT:

COMES NOW THE STATE OF TEXAS, by and through the District Attorney of Angelina County, Texas, and presents its *State's Response to Appellant's* Anders *Brief*:

1. The State, having reviewed the Appellant's brief in the above-styled and numbered cause, is in agreement with Appellant counsel's conclusion that

1

there are no arguable grounds for relief in this appeal and that an appeal would be frivolous. Appellant's brief demonstrated that Appellant's counsel has been diligent in reviewing the record for potential error.

2. Because an *Anders*[1] brief has been submitted, the State waives the filing of a formal brief in response to the brief filed by Appellant's counsel, and submits only this response.

WHEREFORE, Appellee, The State of Texas, respectfully prays that this Honorable Court of Appeals deny all relief sought by Appellant.

Respectfully Submitted,


_/s/ April Ayers-Perez___
APRIL AYERS-PEREZ
Assistant District Attorney
Angelina County D.A.'s Office
P.O. Box 908
Lufkin, Texas 75901
(936) 632-5090 phone
(936) 637-2818 fax
State Bar No. 24090975
ATTORNEY FOR APPELLEE
STATE OF TEXAS

---

[1] *Anders v. California*, 386 U.S. 738 (1967)

**Certificate of Service**

I certify that on October 16, 2015, a true and correct copy of the above document has been served via facsimile to Mike Aduddell, 220 N. Thompson, Suite 101, Conroe, Texas 77601, attorney for Appellant, Michael Sucre.

_/s/ April Ayers-Perez_____
APRIL AYERS-PEREZ

**Certificate of Compliance**

I certify that this document contains 145 words, counting all parts of the document except those excluded by Tex. R. App. P. 9.4(i)(1).  The body text is in 14 point font, and the footnote text is in 12 point font.

_/s/ April Ayers-Perez_____
APRIL AYERS-PEREZ